IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAN BECKER,

    Petitioner,

v.

STEWARD HUDSON, Warden,

    Respondent.

CASE NO. 2:06-cv-830
JUDGE GRAHAM
Magistrate Judge Abel

OPINION AND ORDER

On November 20, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be transferred to the United States Court of Appeals for the Sixth Circuit as a successive petition. Doc. No. 3. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Doc. No. 4. On December 6, 2006, petitioner also filed a "Final demand for mandatory three judge panel, immediate unconditional release, and treble RICO damage judgment with discovery for unknown new or future RICO sanctions." Doc. No. 6. The latter motion is not decipherable.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of the *Report and Recommendation* objected to by petitioner. For the reasons discussed in the Magistrate Judge's *Report and Recommendation*, petitioner's objections are **OVERRULED**. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. This action is **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit as a successive petition. Petitioner's December 6, 2006, Doc. No. 6, is **DENIED**.

It is so ORDERED.

                                                s/James L. Graham  
                                                JAMES L. GRAHAM  
                                                United States District Judge

DATE:  December 22, 2006